U S District Court of The State of New York  
County of New York

Index #: 08 CIV 6267  
Purchased 07/10/08

Plaintiff      Sas Group Inc  
                         vs  
Defendant   Lectent Llc A Washington Limited Liability

State of **Washington**  : County of **Clark**  :ss:

**Jim Larson**, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of **Washington**

That on **7/22/08** at **9:13 PM** at **4607 SE Autumn Court, Camas, WA 98607** deponent served the within **Summons & Comp** In **A Civil Act & Electronic Filing Instructions** on Edward Z Cai defendant therein named.

**INDIVIDUAL A [X]** — By Personally delivering to and leaving with said **Edward Z Cai** and that he knew the person to be the person mentioned and described in said

**CORPORATION B [ ]** — By delivering to and leaving with _____ at _____ and that he knew the person served to be the _____ of the corporation.

**Suitable age Person C [ ]** — Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants - respondents (dwelling place)(usual place of abode)(place of business) within the State of _____

**Affixing to Door, etc. D [ ]** — By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of _____

**Mailing use with C or D E [ ]** — Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ on _____ in an envelope bearing the legend personal and confidential.

**Use with D F [ ]** — Previous Attempts. Deponent had previously attempted to serve the above named defendant/respondent.

**VOID w/o Description Use with A,B & C** — A Description of the defendant or other person served on behalf of the defendant is as follows: Approx Age **Unk**  Approx Weight **150**  Approx Height **5'6"**  Sex **M**  Color of Skin **Brown**  Color of Hair **Black**  Other **No Glasses**

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary — Sworn to before me this _____

Process Server #4238088 Clark County

SUPREME JUDICIAL SERVICES, INC.  
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600  
233 Broadway - New York, N.Y. 10007 - (212) 319-7171  
FAX (516) 568-0812

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/24/08 |
| NAME OF SERVER (PRINT) Jim Larson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:   Edward Z Cai
    4607 SE Autumn Court
    Camas, WA 98607

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-25-2008
             Date

Signature of Server  #4238088, Clark County

412 W 12th Street, Suite C
Vancouver, WA 98660
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.