U S District Court of The State of New York  
County of New York

Index #: 08 CIV 6267  
Purchased 07/10/08

Plaintiff     Sas Group Inc  
              vs  
Defendant     Lectent Llc A Washington Limited Liability

State of **Washington**  : County of **Clark**  :ss:

**Tamberly Motschman**_____, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of **Washington**

That on **7/22/2008** at **1:44 pm** at **1101 NE 144th St #107, Vancouver, WA 98685** deponent served the within **Summons & Comp In A Civil Act & Electronic Filing Instructions** on Lectent Llc defendant therein named.

**INDIVIDUAL**  
A ☐  By Personally delivering to and leaving with said _____ and that he knew the person to be the person mentioned and described in said _____

**CORPORATION**  
B ☒  By delivering to and leaving with **Peter Milcarek** at **Lectent, LLC, 1101 NE 144th St #107, Vancouver, WA 98685** and that he knew the person served to be the **National Sales Representative** of the corporation.

**Suitable age Person**  
C ☐  Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants - respondents (dwelling place)(usual place of abode) (place of business) within the State of _____

**Affixing to Door, etc.**  
D ☐  By affixing a true copy thereof to the door of said premises. The same being the defendant's (dwelling place)(usual place of abode)(place of business) within the State of _____

**Mailing use with C or D**  
E ☐  Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ on _____ in an envelope bearing the legend personal and confidential.

**Use with D**  
F ☐  Previous Attempts  
Deponent had previously attempted to serve the above named defendant/respondent.

**VOID w/o Description Use with A,B & C**  
A Description of the defendant or other person served on behalf of the defendant is as follows:  
Approx Age **45+**   Approx Weight **165+**   Approx Height **5'8"**   Sex **M**  
Color of Skin **White**   Color of Hair **Gray**   Other _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that he/she knew the person so served to be the person mentioned and described in said papers defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Notary-->  Sworn to before me this **7/23/2008**

*[signature]*

Process Server  
Tamberly Motschman #4403269-Clark

SUPREME JUDICIAL SERVICES, INC.  
371 Merrick Road #202 - Rockville Centre, N.Y. 11570 - (516) 825-7600  
225 Broadway - New York, N.Y. 10007 - (212) 319-7171  
FAX (516) 568-0812

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/22/2008 1:44 pm |
| NAME OF SERVER *(PRINT)* Tamberly Motschman | TITLE Process Server #4403269 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Peter Milcarek, National Sales Representative, at Lectent, LLC, 1101 NE 144th Street, Suite 107, Vancouver, WA 98685

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/23/2008
          *Date*                    *Signature of Server*

                    412 W. 12th Street #C, Vancouver, WA 98660
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.