UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
─────────────────────────────────────
SAS GROUP, INC., a New York corporation,  )
                                          )
               Plaintiff,                 )
                                          )
        -against-                         )  Case No. 08 Civ. 6267 (KMK)
                                          )
LECTENT, LLC, a Washington limited        )
liability corporation, and                )  ECF Case
EDWARD Z. CAI,                            )
                                          )
               Defendants.                )
─────────────────────────────────────────)
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## STIPULATION AND [PROPOSED] ORDER *extending time*

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that the time for Defendants Lectent, LLC and Edward Z. Cai (together, "Defendants") to answer, move, or otherwise respond to the Complaint in the above-captioned action shall be extended until and including Friday, September 5, 2008. The original time for Defendants to answer, move, or otherwise respond to the Complaint was Monday, August 11, 2008. No previous requests for adjournment or extension of time have been made in this action.

**STIPULATED TO:**

August 6, 2008

_____
Kevin J. Harrington (KH-5027)
John T. A. Rosenthal (JR-4819)
HARRINGTON, OCKO
& MONK, LLP
81 Main Street, Suite 215
White Plains, New York 10601
Telephone: (914) 686-4800
Fax:          (914) 686-4824
kharrington@homlegal.com

*Attorneys for Plaintiff*

August 8, 2008

_____
Michael C. Hartmere (MH-6839)
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone: (212) 307-5500
Fax:          (212) 307-5598
mchartmere@venable.com

AND

Roger A. Colaizzi
Mary Ellen R. Himes
VENABLE LLP
575 7th Street, N.W.
Washington, DC 20004
Telephone: (212) 307-5500
Fax:          (212) 307-5598
racolaizzi@venable.com
mehimes@venable.com

*Attorneys for Defendants*

SO ORDERED this 8th day of August, 2008:

_____
KENNETH M. KARAS, U.S.D.J.

-2