UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
SAS GROUP, INC., a New York corporation,           x   Civil Action No. 08-CIV-6267 (KMK)
                                                   x
                    Plaintiff,                     x   ECF Case
                                                   x
        -against-                                  x   **RULE 7.1 STATEMENT**
                                                   x
LECTENT, LLC, a Washington limited liability       x
corporation, and EDWARD Z. CAI,                    x
                                                   x
                    Defendants.                    x
------------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, SAS GROUP, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: White Plains, New York
       August 12, 2008

                                        Yours, etc.,


                                        s/ Kevin J. Harrington
                                        _____
                                        Kevin J. Harrington (KH-5027)
                                        John T. A. Rosenthal (JR-4819)
                                        HARRINGTON, OCKO & MONK, LLP
                                        *Attorneys for Plaintiff*
                                        *SAS GROUP, INC.*
                                        81 Main Street, Suite 215
                                        White Plains, New York 10601
                                        Telephone: (914) 686-4800
                                        Facsimile: (914) 686-4824

TO: Michael C. Hartmere, Esq.
Venable LLP
*Attorneys for Defendants*
*LECTENT, LLC and EDWARD Z. CAI*
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, NY 10020