UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SAS GROUP, INC., a New York corporation,           x    Civil Action No. 08-CIV-6267 (KMK)
                                                   x
                         Plaintiff,                x    ECF Case
                                                   x
         -against-                                 x    **CERTIFICATE OF SERVICE**
                                                   x
LECTENT, LLC, a Washington limited liability       x
corporation, and EDWARD Z. CAI,                    x
                                                   x
                         Defendants.               x
---------------------------------------------------------------- x

    I hereby certify that a true and correct copy of the foregoing **Plaintiff's Rule 7.1 Statement** was sent by United States Postal Service First Class Mail to:

Michael C. Hartmere, Esq.
Venable LLP
Rockefeller Center
1270 Avenue of the Americas
25th Floor
New York, NY 10020

this 12th day of August, 2008.

                                                  s/ Kevin J. Harrington
                                                  _____
                                                  Kevin J. Harrington