**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAS GROUP, INC., a New York corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -against- | ) Case No. 08 Civ. 6267 (KMK) |
| | ) |
| LECTENT, LLC, a Washington limited | ) |
| liability corporation, and | ) ECF Case |
| EDWARD Z. CAI, | ) |
| | ) **MOTION TO ADMIT COUNSEL** |
| Defendants. | ) **PRO HAC VICE** |
| | ) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael C. Hartmere, a member in good standing of the bar of this Court, hereby move the Court for an Order allowing the admission pro hac vice of:

> Mary Ellen R. Himes
> VENABLE LLP
> 575 7th Street, NW
> Washington, DC 20004-1601
> Phone: (202) 344-4356
> Fax: (202) 344-8300
> mehimes@venable.com

Mary Ellen R. Himes is a member in good standing of the Bars of the State of Maryland and the District of Columbia. There are no pending disciplinary proceedings against Mary Ellen R. Himes in any State or Federal Court.