UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAS GROUP, INC., <br><br>　　　Plaintiff/<br>　　　Counterclaim Defendant,<br><br>　　v.<br><br>LECTENT, LLC,<br><br>　　　Defendant/<br>　　　Counterclaim Plaintiff,<br><br>　　and<br><br>EDWARD Z. CAI,<br><br>　　　Defendant. | Civil Action No. 08-CV-6267 (KMK)<br><br>ECF Case |

### DEFENDANT/COUNTERCLAIM PLAINTIFF LECTENT LLC'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant/Counterclaim Plaintiff Lectent LLC ("Lectent"), a non-governmental limited liability company, certifies as follows:

Lectent is a privately owned entity. Lectent has no parent corporations. No publicly held corporation owns 10% or more of Lectent's membership units.

Dated: September 5, 2008
    New York, New York

                                      Respectfully submitted,

                                      */s/ Michael C. Hartmere*

                                    VENABLE LLP
                                    Michael C. Hartmere (MH-6839)
                                    1270 Avenue of the Americas
                                    The Twenty-Fifth Floor
                                    New York, New York 10020
                                    Phone: (212) 307-5500
                                    Fax: (212) 307-5598
                                    mchartmere@venable.com

                                    Roger A. Colaizzi (admission pending)
                                    Mary Ellen R. Himes (*pro hac vice* pending)
                                    575 7th Street, N.W.
                                    Washington, D.C. 20004
                                    Phone: (202) 344-4000
                                    Fax: (202) 344-8300
                                    racolaizzi@venable.com
                                    mehimes@venable.com

                                    *Counsel for Lectent, LLC*