UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAS GROUP, INC., <br><br> Plaintiff/ <br> Counterclaim Defendant, <br><br> v. <br><br> LECTENT, LLC <br><br> Defendant/ <br> Counterclaim Plaintiff, <br><br> and <br><br> EDWARD Z. CAI, <br><br> Defendant. | Civil Action No. 08-CV-6267 (KARAS) |

## DECLARATION OF EDWARD Z. CAI

I, Edward Z. Cai, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration and I can testify competently thereto.

2. I am the President of Lectent, LLC ("Lectent"), a corporation organized and existing under the laws of the State of Washington with a principal place of business at 1101 N.E. 144th Street, Suite 107, Vancouver, Washington 98685.

3. I am a resident of Comas, Washington and have lived in the State of Washington since approximately 2003. Prior to 2003, I resided in the State of Oregon.

4. I have never resided in the State of New York, and I have never maintained any local telephone listings in the State of New York. I do not and have never owned, leased or

otherwise occupied any real property in New York. I have never maintained any tangible or intangible personal property in New York.

5. I have never maintained other assets located in New York. I have never kept bank accounts or made investments in New York, or derived any other personal income from New York. I have never paid income taxes in New York.

6. I have had limited contacts with New York. I have never conducted any business within the State of New York. I have not visited the State of New York for either personal or business reasons. I have had no personal contact with New York that relates to the manufacture, marketing or sale of Lectent's Keepeez products.

7. Lectent is a limited liability company organized and existing under the laws of the State of Washington. Its only office is located in Vancouver, Washington where it maintains all of its business records and bank accounts.

8. My involvement as an officer of Lectent does not require me to travel to or do business in the State of New York. As President of Lectent, my primary responsibilities involve executive decisions regarding the daily operation of the company. Lectent employs two individuals, a Director of Sales and a Vice President of Business Development, who are charged primarily with marketing and selling Lectent's products including the Keepeez lids.

9. Lectent is not and has never been registered to conduct business in New York nor has it ever owned, leased, or otherwise occupied any real property in New York.

10. Lectent has never maintained any tangible or intangible personal property in New York, employed persons in New York, or kept bank accounts, made investments, or paid any taxes in New York.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on September 5, 2008, at Vancouver, Washington.

_____
Edward Z. Cai